**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**DIANA MEY,**

            Plaintiff,

      v.                                 **CIV. ACT. NO. 5:26-CV-47**
                                              Judge Bailey

**PALMER ADMINISTRATIVE SERVICES, INC.,**
a/k/a Auto Service Department a/k/a
Auto Service Center, **NATIONAL ADMINISTRATIVE
SOLUTIONS CORPORATION,** and **SING
FOR SERVICE, LLC,** d/b/a Mepco,

            Defendants.

## ORDER

On April 17, 2026, plaintiff filed a Notice of Settlement and Request for Entry of Dismissal. [Doc. 8]. Therein, plaintiff states this matter has settled and she desires to withdraw her claims against defendants herein. [Id. at 1].

Plaintiff's Request [**Doc. 8**] is **GRANTED**. It is hereby **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITHOUT PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within sixty (60) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to forward a copy of this Order to any counsel of record herein and is further directed to mail a copy of this Order to the *pro se* plaintiff at her last-known address as reflected on the docket.

**DATED:** April 17, 2026.

JOHN PRESTON BAILEY
**UNITED STATES DISTRICT JUDGE**